EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2002

    o'clock and       min.  __M
          ␣␣␣␣␣␣␣ A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ CR 02 00086 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| v ) | 21 U.S.C. 841(a)(1), |
| TOETU TUASIVI, ) | 841(b)(1)(C), 860(a), |
| ) | 844(a) |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about March 12, 2002, in the District of Hawaii, defendant Toetu Tuasivi did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 2

The Grand Jury charges that:

On or about March 12, 2002, in the District of Hawaii, defendant Toetu Tuasivi did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 3

The Grand Jury charges that:

On or about March 12, 2002, in the District of Hawaii defendant Toetu Tuasivi did knowingly and intentionally possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

Count 4

The Grand Jury charges that:

On or about March 12, 2002, in the District of Hawaii, defendant Toetu Tuasivi did knowingly and intentionally possess

///
///
///
///

methamphetamine, its salts, isomers, or salts of its isomers,

In violation of Title 21, United States Code, Section 844(a).

DATED: _____3/20_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Toetu Tuasivi
Cr. No. _____
"Indictment"